James Francis HILL, Appellant,

v.

Dr. Ivan W. STEELE, Warden, United States Medical Center, Springfield, Missouri.

No. 14866.

United States Court of Appeals
Eighth Circuit.

March 2, 1954.

Edward D. Weakley, St. Louis, Mo., for appellant.

Edward L. Scheufler, U. S. Atty., Kansas City, Mo., and O. J. Taylor, Asst. U. S. Atty., Springfield, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed and case remanded with directions to dismiss, upon memorandum of counsel for appellee suggesting question of mootness.

UNITED STATES of America, Appellant,

v.

James J. CARROLL.

No. 15006.

United States Court of Appeals
Eighth Circuit.

March 3, 1954.

Edward L. Scheufler, U. S. Atty., and Horace Warren Kimbrell, Asst. U. S. Atty., Kansas City, Mo., for appellant.

Morris A. Shenker, St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court, D.C., 117 F.Supp. 209, dismissed, on motion of appellant.

Eddie GREEN, Appellant,

v.

UNITED STATES of America.

No. 14932.

United States Court of Appeals
Eighth Circuit.

March 3, 1954.

Eddie Green, pro se.

Harry Richards, U. S. Atty., and Robert C. Tucker, Asst. U. S. Atty., St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed, for want of prosecution, on motion of appellee.

UNITED STATES of America, Appellant,

v.

BAYER COMPANY.

No. 14959.

United States Court of Appeals
Eighth Circuit.

March 3, 1954.

Harry Richards, U. S. Atty., and W. Francis Murrell, Asst. U. S. Atty., St. Louis, Mo., for appellant.

Norman Begeman, St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on stipulation of parties.